IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANGELO CALABRESE,<br><br>Defendant. | CRIMINAL ACTION<br>Criminal Case No. 13-00587-001 (SRC)<br>Honorable R. Chesler, U.S.D.J. |

### NOTICE OF APPEAL

Notice is hereby given that Angelo Calabrese, the defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the April 2, 2015 Opinion denying defendant's motion that USSG §3B1.3 ("Abuse of a Position of Trust") guideline enhancement did not apply to defendant.

Respectfully submitted,

_____
JULIAN WILSEY
Counsel for Defendant Angelo Calabrese

Dated: April 9, 2015

00041842 - 1